# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Albert Dargan

                            Plaintiff,

v.                                                         Case No.: 1:14–cv–03061
                                                                         Honorable John Z. Lee

JH Portfolio Debt Equities, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2014:

       MINUTE entry before the Honorable John Z. Lee:At the request of counsel, the status hearing set for 6/17/14 is reset to 7/1/14 at 9:15 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.